**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTONIO LINDSAY,** *Petitioner*, | : | **CIVIL ACTION** |
| v. | : | **No. 24-cv-6280** |
| **HOWARD SISSEM, *et al.*,** *Respondents*. | : | |

**ORDER**

**AND NOW**, this **28th** day of **September 2026**, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 3), Respondents' Response in Opposition to Petition Seeking Federal Habeas Corpus Relief (ECF No. 21), Respondents' Supplemental Memorandum of Law (ECF No. 29), the Report and Recommendation filed by United States Magistrate Judge Caroline Goldner Cinquanto (ECF No. 33), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is hereby **ORDERED** as follows:

1. The thorough and well-reasoned Report and Recommendation of Magistrate Judge Caroline Goldner Cinquanto (ECF No. 33) is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus (ECF No. 3) is **DISMISSED AS UNTIMELY FILED**;
3. No certificate of appealability shall issue because Petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2);
4. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**